**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000488
18-MAY-2023
08:19 AM
Dkt. 16 ODSD**

NO. CAAP-22-0000488


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


IN THE MATTER OF THE HELEN-EDYTHE RICHARDSON
REVOCABLE LIVING TRUST DATED SEPTEMBER 14, 1987,
AS AMENDED AND RESTATED


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1CTR-21-0000043)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before October 10, 2022, and November 9, 2022, respectively;

(2) Petitioner/Objector-Appellant Ninia Richardson-Aldrich, and Objectors/Interested Parties-Appellants George Naoi Richardson and Neil Maunakea Richardson (Appellants) failed to file either document, or request an extension of time;

(3) On November 10, 2022, the appellate clerk entered a default notice informing Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 21, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants could request relief from default by motion; and

(4) Appellants have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 18, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge